IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | NO. 08-569 |
| THOMAS ROSE : | |

### ORDER

AND NOW, this 24th day of July, 2009, upon consideration of Defendant's Omnibus Pretrial Motion (Doc. No. 46), and all documents submitted in support thereof and in opposition thereto, and after hearing in open court, it is ORDERED as follows:

1. Defendant's Motion to Suppress Physical Evidence is DENIED;

2. Defendant's Motion in Limine to preclude the use of the marijuana found on Defendant is DISMISSED as moot;

3. Defendant's Motion to Dismiss Duplicitous Count of the Indictment is DISMISSED as moot; and

4. Defendant's Motion for Relief from Prejudicial Joinder is DISMISSED as moot.

IT IS SO ORDERED.

BY THE COURT:

_R. Barclay Surrick, Judge_